JS 45 (11/2002)

Criminal Case Cover Sheet                                    U.S. District Court

Place of Offense:                          Related Case Information:

City_____              Superseding Indictment _____   Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____           Same Defendant _____   New Defendant _____X_____
                                           Magistrate Judge Case Number_____
                                           Search Warrant Case Number _____
                                           R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X___   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:_KURAYE TAMUNOIBI AKUIYIBO___         Alias Name(s) _a/k/a "G", a/k/a "Gerald"_____

Address: _____████████████████_Miami, FL 33131_____

Employment: _____

Birthdate__███_1979  SS#__███_0293  Sex__M___  Race__H___  Nationality____U.S_____

Place of Birth_____  Height_____  Weight_____  Hair__Blk____  Eyes__Brn___  Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive                ☐ Summons Requested

☐ Bond _____          ☐Detention Sought

Defense Counsel Information:

Name:_____          ☐ Court Appointed
Address:_____          ☐ Retained
Telephone: _____          ☐ Public Defender
                                             ☐ Office of Federal Public Defender should not be appointed
                                             due to conflict of interest
                                             ☐ CJA attorney _____ should not be appointed
                                             due to conflict of interest

U.S. Attorney Information:

AUSA:_Kimberly Riley Pedersen___  Telephone No: _(703) 299-3700____  Bar #_USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date: _1/24/12_                Signature of AUSA _JK Pedersen_

JS 45 (11/2002)

Criminal Case Cover Sheet                                          U.S. District Court

Place of Offense:                    Related Case Information:

City_____        Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____        Same Defendant _____ New Defendant ____X_____
                                     Magistrate Judge Case Number_____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__  If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:__OTASOWIE CHRISTOPHER ASUEN_____      Alias Name(s)  a/k/a "Otas", a/k/a "Gene"

Address: _____

Employment: _____

Birthdate___████1985_ SS#__████0058_ Sex__M___ Race__B__ Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ ____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive                ☐ Summons Requested

☐ Bond _____       ☐Detention Sought

Defense Counsel Information:

Name:_____          ☐ Court Appointed
Address:_____           ☐ Retained
Telephone: _____           ☐ Public Defender
                                            ☐ Office of Federal Public Defender should not be appointed
                                               due to conflict of interest
                                            ☐ CJA attorney _____ should not be appointed
                                               due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen__   Telephone No: _(703) 299-3700___   Bar #__USAO___

Complainant Agency, Address & Phone Number  or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: _1/24/12_           Signature of AUSA_K Pedersen_____

# Criminal Case Cover Sheet

<span style="float:right">U.S. District Court</span>

| | |
|---|---|
| Place of Offense: | Related Case Information: |

City _____    Superseding Indictment _____    Docket Number/Judge _1:12CR_____

County/Parish __Fairfax_____    Same Defendant _____ New Defendant _____X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

## Defendant Information:

Juvenile -- Yes _____ No __X__    If Yes, Matter to be sealed: __X__ Yes _____ No    FBI # _____

Defendant Name:__ALAFAKA PATIENCE OPUIYO_____    Alias Name(s) a/k/a "Amy", a/k/a "Tracy"

Address: _____

Employment: _____

Birthdate___████_1980_ SS#__████__3642_ Sex__F___ Race__B__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn____ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes    List language and/or dialect: _____ Automobile Description _____ ____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Bond _____    ☐ Detention Sought

## Defense Counsel Information:

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen___ Telephone No: _(703) 299-3700___ Bar #__USAO___

## Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

## U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: _1/24/12_    Signature of AUSA _KPedersen_

JS 45 (11/2002)

Criminal Case Cover Sheet                                                    U.S. District Court

Place of Offense:                        Related Case Information:

City_____           Superseding Indictment _____ Docket Number/Judge _1:12CR_____

County/Parish__Fairfax_____        Same Defendant _____ New Defendant _____X_____
                                         Magistrate Judge Case Number_____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____  No __X___  If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:_ NASSIM TABATABAI_____   Alias Name(s) _a/k/a "Naz"_____

Address: _____ ▮    ▮  ____New York, NY_____

Employment: _____

Birthdate__▮▮__1979  SS#__▮▮__1895  Sex__F__  Race__W__  Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Brn___ Eyes__Brn__ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive               ☐ Summons Requested

☐ Bond _____         ☐Detention Sought

Defense Counsel Information:
                                              ☐ Court Appointed
Name:_____              ☐ Retained
Address:_____             ☐ Public Defender
Telephone: _____             ☐ Office of Federal Public Defender should not be appointed
                                              due to conflict of interest
                                              ☐ CJA attorney _____ should not be appointed
                                              due to conflict of interest

U.S. Attorney Information:

AUSA:_Kimberly Riley Pedersen___ Telephone No: _(703) 299-3700___  Bar #_USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation_____

U.S.C. Citations:

Total # of Counts: ____1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1957(a) | Money Laundering | 8 | Felony |

Date: _1/24/12_        Signature of AUSA _KPedersen_____

JS 45 (11/2002)

Criminal Case Cover Sheet                                                     U.S. District Court

---

Place of Offense:                          Related Case Information:

City_____              Superseding Indictment _____ Docket Number/Judge_1:12CR_____

County/Parish__Fairfax_____             Same Defendant _____ New Defendant . ___X___
                                           Magistrate Judge Case Number_____
                                           Search Warrant Case Number _____
                                           R 20/R 40 from District of_____

Defendant Information:

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No FBI # _____

Defendant Name:__JENNIFER CHIRCHILL_____       Alias Name(s) _a/k/a "Jennifer Nukul"_____

Address: _____████████_Irvine, CA 92612____

Employment: _____

Birthdate__████_1983_ SS#__████_1683_ Sex__F__ Race__W__ Nationality___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Brn____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ⊠ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____ _____

Location Status:
Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release   ⊠ Not in Custody

⊠ Arrest Warrant Requested      ☐ Fugitive              ☐ Summons Requested

☐ Bond _____          ☐Detention Sought

Defense Counsel Information:

                                           ☐ Court Appointed
Name:_____             ☐ Retained
Address:_____             ☐ Public Defender
Telephone: _____            ☐ Office of Federal Public Defender should not be appointed
                                           due to conflict of interest
                                           ☐ CJA attorney _____ should not be appointed
                                           due to conflict of interest

U.S. Attorney Information:

AUSA:__Kimberly Riley Pedersen__ Telephone No: __(703) 299-3700__ Bar #__USAO__

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

U.S.C. Citations:

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_____    Signature of AUSA _K. Pedersen_____

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**

City_____

**Related Case Information:**

Superseding Indictment _____   Docket Number/Judge  1:12CR _____

County/Parish  Fairfax _____

Same Defendant _____   New Defendant _____X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____   No __X___   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name:__KIANA CHERRIE MCKELVIN_____   Alias Name(s)  a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate___█ 1980__ SS#__█ 0575__ Sex__F___ Race__W___ Nationality____U.S_____

Place of Birth_____ Height_____ Weight_____ Hair__Blk____ Eyes__Brn___ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive      ☐ Summons Requested

☐ Bond _____      ☐Detention Sought

**Defense Counsel Information:**

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA:__Kimberly Riley Pedersen___   Telephone No:  (703) 299-3700_____   Bar #__USAO___

**Complaint Agency, Address & Phone Number  or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation _____

**U.S.C. Citations:**

Total # of Counts: ____1____

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: 1/24/12          Signature of AUSA  K Pedersen