IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JENNIFER CHURCHILL,**<br>    a/k/a "Jennifer Nukul"<br><br>**Defendant.** | **Case No. 1:12-CR-00038-LMB** |

## PROPOSED ORDER

Upon consideration of Defendant Churchill's Motion and Incorporated Memorandum of Law to Compel Discovery, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government must immediately produce to the defense copies of all electronic data seized from Defendant Churchill's home, or in any event must produce this material no later than 5:00 p.m. on Wednesday, April 25, 2012; and it is further

**ORDERED** that the government must promptly produce to the defense all discovery not yet produced as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and *United States v. Agurs*, 427 U.S. 97 (1976).

Dated: _____

                                                                      _____
                                                                      Leonie M. Brinkema
                                                                      United States District Judge

1