# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER CHURCHILL,<br>a/k/a "Jennifer Nukul"<br><br>Defendant. | Case No. 1:12-CR-00038-LMB<br><br>The Honorable Leonie M. Brinkema<br><br>Trial Date:  June 18, 2012<br>Motions Hearing:  June 6, 2012 |

### DEFENDANT CHURCHILL'S MOTION IN LIMINE TO PRECLUDE CERTAIN IMPROPER STATEMENTS AND QUESTIONS AT TRIAL

Pursuant to Federal Rule of Civil Procedure 12 and Federal Rule of Evidence 403, Defendant Jennifer Churchill, through undersigned counsel, respectfully moves the Court to preclude the Government from making statements or asking examination questions at trial that state or imply that Ms. Churchill was or ever sought to be an escort or prostitute.

A Memorandum of Law in Support of this Motion and a Proposed Order are filed herewith.

Dated:  May 25, 2012

Respectfully submitted,

/s/
Kerri L. Ruttenberg, Va. Bar No. 70274
Christopher J. Smith, Va. Bar No. 75445
Attorneys for Defendant Jennifer Churchill
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3939 (Telephone)
(202) 626-1700 (Fax)
kruttenberg@jonesday.com
cjsmith@jonesday.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that this 25th day of May, 2012, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to the following counsel of record:

Kimberly Riley Pedersen, Esq.  
Assistant United States Attorney  
United States Attorney's Office  
2100 Jamieson Avenue  
Alexandria, VA  22314  
*Counsel for the United States*

Stuart Alexander Sears, Esq.  
Zwerling Leibig & Moseley PC  
114 North Alfred Street  
Alexandria, VA 22314  
*Counsel for Kuraye Akuiyibo*

Nina J. Ginsberg, Esq.  
DiMuro Ginsberg PC  
1101 King Street, Suite 610  
Alexandria, VA 22314-2956  
*Counsel for Otasowie Asuen*

Ronald L. Hiss, Esq.  
2020 N. 14th Street, Suite 510  
Arlington, VA 22201  
*Counsel for Alafaka Opuiyo*

Christopher Bowmar Mead, Esq.  
Lance Alan Robinson, Esq.  
London & Mead  
1225 19th Street NW, 17th Floor  
Washington, DC 20036  
*Counsel for Nassim Tabatabai*

Denise Jakabcin Tassi, Esq.  
221 S. Fayette Street  
Alexandria, VA 22314  
*Counsel for Kiana McKelvin*

John Anthony Manuel Boneta  
258 N Washington Street  
Falls Church, VA  22046  
*Counsel for Kiana McKelvin*

                                              /s/  
                                   Kerri L. Ruttenberg, Va. Bar No. 70274  
                                   Counsel for Defendant Jennifer Churchill  
                                   Jones Day  
                                   51 Louisiana Avenue, NW  
                                   Washington, DC  20001  
                                   (202) 879-3939 (Telephone)  
                                   (202) 626-1700 (Fax)  
                                   kruttenberg@jonesday.com