# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JENNIFER CHURCHILL,**<br>    a/k/a "Jennifer Nukul"<br><br>**Defendant.** | **Case No. 1:12-CR-00038-LMB** |

## PROPOSED ORDER

Upon consideration of Defendant Churchill's Motion in Limine to Preclude Certain Improper Statements and Questions at Trial, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Government is precluded from making statements or asking examination questions at trial that state or imply Ms. Churchill was or sought to be an escort or prostitute.

Dated: _____

_____
Leonie M. Brinkema
United States District Judge

1